

# NUMBER 13-22-00515-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| ENRIQUE O. GUILLEN AND VICTORIA GUILLEN, | Appellants, |
| v. | |
| CRISTIAN ANDRES GOMEZ, | Appellee. |

### On Appeal from the 445th District Court of Cameron County, Texas.

# ORDER OF ABATEMENT

### Before Justices Benavides, Tijerina, and Peña
### Order Per Curiam

This appeal is before the Court on appellants' first amended motion to compel court reporter record and appellants' dispute of the accuracy of the appellate record which is construed as a motion to abate. A conflict regarding the contents of the reporter's record has arisen, and appellants request relief regarding inaccuracies in the reporter's record.

Pursuant to Texas Rules of Appellate Procedure 34.6(e)(2) and (3), this appeal is abated, and the cause remanded to the trial court. *See* Tex. R. App. P. 34.6(e)(2) and (3). Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine whether there are any inaccuracies in the reporter's record. *See Id*. If inaccuracies exist, the trial court shall determine what steps are necessary to ensure the prompt preparation of a complete and accurate reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them, along with any omitted items, to be included in a supplemental clerk's record and supplemental reporter's record which should be submitted to the Clerk of this Court within thirty days from the date of this order. Accordingly, appellants' motion to abate is granted, and appellants' motion compel is carried with the case.

PER CURIAM

Delivered and filed on this the
15th day of February, 2023.

2